# United States District Court
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **First Horizon Home Loan Corporation** | : | **Case No. 1:05-cv-02635** |
| **Plaintiff** | : | **District Judge Patricia A. Gaughan** |
| | : | **Magistrate Judge** _____ |
| vs. | : | |
| **Delores J. Oliver, et al.** | : | **MOTION FOR ORDER DIRECTING** |
| | : | **FORECLOSURE SALE OF REAL** |
| **Defendants.** | : | **PROPERTY BY THE UNITED** |
| | : | **STATES MARSHAL** |

unopposed and granted.
/s/ Patricia A. Gaughan
3/16/06

  Now comes the plaintiff, First Horizon Home Loan Corporation, and respectfully moves this Court to enter an Order directing the United States Marshal to proceed with the foreclosure sale of real property located at 6103 Mark Drive, Bedford Heights, OH 44146 in accordance with the Default Judgment and Decree in Foreclosure entered by this Court on January 31, 2006. The Default Judgment and Decree in Foreclosure provides that unless defendant-lienholder Delores J. Oliver paid the total sum due to Plaintiff plus costs, as specified in the Default Judgment and Decree in Foreclosure, within three (3) days from the entry of the Default Judgment and Decree in Foreclosure, then the equity of redemption of all defendants in the property would be foreclosed and an Order of Sale of all real and personal property would issue to the United States Marshal ordering him to sell the property at public sale.

  Delores J. Oliver failed to pay to plaintiff the sums due. The United States Marshal has indicated that it will not execute on the Default Judgment and Decree in Foreclosure and perform the sale of the property at public sale without an additional order from this Court directing the

G:\Cases - TM\05-10460\Motion and Order Directing Marshal to sell-060203-BAB.WPD

United States Marshal to proceed with the sale.

WHEREFORE, plaintiff, First Horizon Home Loan Corporation, respectfully requests that this Court enter an Order Directing United States Marshal to Proceed with Foreclosure Sale to direct the United States Marshal to immediately proceed with the sale of the property located at  6103 Mark Drive, Bedford Heights, OH 44146 at public sale.  A proposed Order is being filed contemporaneously herewith as an attachment.

                                                  Respectfully submitted,

                                                  /s/ Kevin L. Williams
                                                  Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
495 S. High Street - Suite 300
Columbus OH  43215-5869
Telephone: 614-222-4921
Fax 614-220-5613
klw@mdk-llc.com
Attorney for Plaintiff